No. 93–8673.   HILL ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 93–8694.   COTNER *v.* CODY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 93–8695.   CARPENTER ET UX. *v.* BLANKENSHIP.   Cir. Ct. Calhoun County, W. Va.   Certiorari denied.

No. 93–8699.   KING *v.* TEXAS.   Ct. App. Tex., 8th Dist.   Certiorari denied.

No. 93–8701.   HETT *v.* MADISON MUTUAL INSURANCE CO., INC., ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 93–8702.   ESNAULT *v.* COLORADO ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 93–8703.   GOMEZ *v.* GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 93–8715.   DESMOND *v.* HALDANE ET AL.   App. Ct. Mass.   Certiorari denied.

No. 93–8718.   FROMAL *v.* ROBINS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 93–8725.   CHOUDHARY *v.* VERMONT DEPARTMENT OF PUBLIC SERVICE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 93–8767.   GREEN *v.* KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 93–8774.   AYRS *v.* PRUDENTIAL-LMI ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 93–8782.   ESPINAL *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 93–8804.   MARTIN *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.